**Dismiss and Opinion Filed July 2, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-13-00591-CR**

_____

**NEIL NOBLE, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F06-86575**

_____

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Evans
Opinion by Chief Justice Wright

Neil Noble filed a petition for writ of mandamus in the trial court asking that the trial court order the Dallas County District Attorney to review appellant's motion to vacate his plea. The trial court did not rule on the petition for writ of mandamus and appellant filed a notice of appeal from the trial court's "decision." We conclude we lack jurisdiction over the appeal.

"Jurisdiction concerns the power of a court to hear and determine a case." *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). The jurisdiction of an appellate court must be legally invoked, and, if not, the power of the court to act is as absent as if it did not exist. *See id.* at 523. As a general rule, an appellate court may consider appeals by criminal defendants only after conviction. *Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.—Dallas 1998, no pet.). A court of appeals has no jurisdiction over an appeal absent a written judgment or an appealable

order. *See Gutierrez v. State*, 307 S.W.3d 318, 321 (Tex. Crim. App. 2010); *Nikrasch v. State*, 698 S.W.2d 443, 450 (Tex. App.—Dallas 1985, no pet.).

In this case, the trial court did not rule on appellant's petition for writ of mandamus. Therefore, there is neither a judgment nor an appealable order, leaving us without jurisdiction. *See Gutierrez*, 307 S.W.3d at 321; *Nikrasch*, 698 S.W.2d at 450.

We dismiss the appeal for want of jurisdiction.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

Do Not Publish
Tex. R. App. P. 47
130591F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

NEIL NOBLE, Appellant

No. 05-13-00591-CR       V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F06-86575.
Opinion delivered by Chief Justice Wright,
Justices Myers and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered July 2, 2013

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE